IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYMOND SCOTT,

      Petitioner,

v.                                CASE NO. 4:10-cv-00228-MP -GRJ

DEPARTMENT OF HOMELAND SECURITY, DAVID HARVEY, ERIC H HOLDER, JR,
JANET NAPOLITANO, MICHAEL ROZOS,

      Respondents.

_____/

# O R D E R

    This matter is before the Court on Doc. 15, the Report and Recommendation of the

Magistrate Judge, recommending that the petition in this case be dismissed as moot because the

Petitioner has been removed to the Bahamas.  As shown in Doc. 16, the Report and

Recommendation was returned undeliverable.  The court agrees that Petitioner's removal has

rendered his habeas petition moot.  Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.      The Report and Recommendation of the Magistrate Judge is adopted and
            incorporated herein.

    2.      The petition is dismissed and the Clerk is directed to close the file.

    **DONE AND ORDERED** this  *29th*  day of September, 2010



            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge